UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CESAR COTTO,

                Plaintiff,

       -v-

AQUAZZURA NORTH AMERICA INC., a New York Corporation,

                Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2018

18-cv-5196 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for a **telephonic** initial pretrial conference ("IPTC") on **Tuesday, September 4, 2018, at 3:00 p.m.** The parties shall call Chambers (212-805-0276) from one line at that time. All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:    New York, New York
          June 11, 2018

_____
KATHERINE B. FORREST
United States District Judge