```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CESAR COTTO,                                                      :
                                                                  :
                        Plaintiff,                                :
                                                                  :         18-cv-5196 (KBF)
            -v-                                                   :
                                                                  :         ORDER
AQUAZZURA NORTH AMERICA INC., a New                               :
York Corporation,                                                 :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      By separate Order, the Court has referred this case to the Magistrate Judge for general pretrial purposes. The initial pretrial conference ("IPTC") set for September 4, 2018 is hereby ADJOURNED.

      SO ORDERED.

Dated:   New York, New York
         July 9, 2018

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge